200 So. 634

### James BROWN v. STATE.

1 Div. 141.

Supreme Court of Alabama.

Feb. 27, 1941.

Geo A. Sossaman, of Mobile, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of James Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Brown v. State, 200 So. 630.

Writ denied.

BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.